UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

DigitalTown, Inc.,　　　　　　　　　　　　　　　　Case No. 20-32155

　　　　　　Debtor.
_____

### ORDER DENYING MOTION TO DISMISS OR CONVERT

　　　　This matter came before the court on December 22, 2020, for hearing on the United States Trustee's Motion to Dismiss or Convert Case to Chapter 7 [Doc 15] (the "Motion"), and Supplement [Doc 36].  The Debtor filed a Memorandum in Opposition [Doc 28] and supplemental declaration [Doc 31].  Creditor Richard Pomije filed a joinder to the Motion [Doc 38].  Appearances are noted on the record. Based on the record, and for the reasons set forth by the court during the hearing,

　　**IT IS ORDERED:**

　　The Motion is denied without prejudice.

Dated: *December 23, 2020*　　　　　　　　　/e/ Katherine A. Constantine
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/23/2020*
Lori Vosejpka, Clerk, by CG