**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

DigitalTown, Inc.,

    Debtor.

                                               Chapter 11
                                               Case Number 20-32155

## NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that a status conference is scheduled for **September 30, 2021 at 9:30 a.m.** and will be held before the Honorable Katherine A. Constantine, Warren E. Burger Federal Building and U.S. Courthouse, Courtroom 2C, 316 North Robert Street, St. Paul, Minnesota.

Please contact the Court's calendar clerk for telephonic appearance instructions

Dated: September 9, 2021

                                               Tricia Pepin
                                               Clerk, United States Bankruptcy Court

                                               By:Alicia
                                               Deputy Clerk