UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

DigitalTown, Inc.                                     Case 20-32155

       Debtor.

Chapter 11
Subchapter V

## ORDER CONVERTING CASE TO CHAPTER 7

This case came before the court for hearing on the United States Trustee's Motion to Dismiss or Convert Case to Chapter 7 [Doc 94] (the "Motion"). The Motion was joined by the Subchapter V Trustee, Mary Sieling [Doc 97] and Creditor Richard Pomije [Doc 108]. A Response [Doc 114] to the Motion along with corresponding Affidavits [Doc 115] were filed by the Debtor. An evidentiary hearing was held on December 9, 2021, and appearances were noted on the record.

The court held a hearing on December 10, 2021 to render its decision. Based on the record and for the reasons stated orally by the court on the record at the hearing on December 10, 2021,

IT IS ORDERED:

The Chapter 11 case of DigitalTown, Inc. is converted to a case under Chapter 7.

Dated: *December 13, 2021*

/e/ Katherine A. Constantine
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/13/2021*
Tricia Pepin, Clerk, by CG